IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:18-CV-24-D

| | |
|---|---|
| Wells Fargo Bank, National Association, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CONSENT JUDGMENT AS TO** |
| ) | **DEFENDANT BUILDING BLOCKS** |
| Building Blocks Pediatrics, PLLC, Dori J. ) | **PEDIATRICS, PLLC** |
| Thomas, Michael Thomas, Kristi Woods ) | |
| Edwards, and Clyde Edwards, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before this Court by consent of plaintiff Wells Fargo Bank, National Association ("Wells Fargo"), and defendant Building Blocks Pediatrics, PLLC ("Building Blocks"), for the entry of this Consent Judgment against defendant Building Blocks; and

It appearing to the Court that this Consent Judgment should be entered on the consent of the undersigned parties;

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that:

1. The Court has jurisdiction over the subject matter of this action, personal jurisdiction over Building Blocks, and venue is proper as to the parties.

2. On Wells Fargo's First Claim for Relief, judgment is hereby entered in favor of Wells Fargo and against Building Blocks in the amount of **$817,940.58**, comprised of: (a) principal of $616,168.46, (b) accrued interest through November 29, 2017 of $86,031.64, (c) late charges of $6,195.46, (d) other fees of $4,215.00 and (e) attorneys' fees of $105,330.02 (calculated as 15% of the outstanding principal and interest owed pursuant to N.C.G.S. §6-21.2); plus interest at the rate of $109.73 per diem from November 29, 2017 until the date of this Consent Judgment.

1

3. Post-judgment interest shall accrue at the legal rate on the principal balance awarded in this Consent Judgment until fully paid.

4. The entry of this Consent Judgment shall not in any manner prejudice Wells Fargo's remaining claims for relief against the non-consenting defendants or remaining claims for relief, if any, non-consenting defendants may have against Wells Fargo.

5. This Court shall retain jurisdiction over the undersigned parties and this dispute for the purpose of making any further orders necessary or proper for the interpretation, modification or enforcement of this Consent Judgment.

6. The parties waive their right to appeal from this Consent Judgment.

SO ORDERED. This 19 day of July 2018.

                                                    JAMES C. DEVER III
                                                    Chief United States District Judge

The parties hereby agree to the entry of the foregoing Consent Judgment:

**COUNSEL FOR DEFENDANT BUILDING BLOCKS PEDIATRICS, PLLC:**

/s/ Rebecca F. Redwine
Jason L. Hendren, Esq.
N.C. State Bar No. 26869
Rebecca F. Redwine
N.C. State Bar No. 37012
Hendren, Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
(919) 573-1422
jhendren@hendrenmalone.com
*Attorneys for Defendant Building Blocks Pediatrics, PLLC*

**COUNSEL FOR PLAINTIFF:**

/s/ Matthew P. Weiner, Esq
Matthew P. Weiner, Esq.
N.C. State Bar No. 37128
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 890-4170
Facsimile: (919) 834-4564
mattweiner@parkerpoe.com
*Attorneys for Plaintiff*