# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
Civil Action No. 5:18-CV-24-D

| | |
|---|---|
| Wells Fargo Bank, National Association, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER GRANTING JOINT MOTION** ) **TO STAY ALL DEADLINES AND** ) **PROCEEDINGS PENDING** |
| Building Blocks Pediatrics, PLLC, Dori J. Thomas, Michael Thomas, Kristi Woods Edwards, and Clyde Edwards, | ) **DETERMINATION ON PROPOSED** ) **SETTLEMENT AGREEMENT** ) ) |
| Defendants. | ) ) |

This matter is before the Court on the joint motion of the parties to stay all deadlines and proceedings in this matter for sixty (60) days. For good cause shown, the motion is GRANTED;

If the parties are unable to resolve the case within the period of the stay, proceedings shall commence on December 29, 2018, the parties shall have until January 18, 2019, to complete discovery and until February 15, 2019, to file dispositive motions.

SO ORDERED. This **20** day of November, 2018.

JAMES C. DEVER III
United States District Judge