IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:18-CV-24-D

Wells Fargo Bank, National Association, )
)
Plaintiff, )
) **ORDER GRANTING JOINT MOTION**
v. ) **TO STAY ALL DEADLINES AND**
) **PROCEEDINGS AN ADDITIONAL 45**
Building Blocks Pediatrics, PLLC, Dori J. ) **DAYS PENDING DETERMINATION**
Thomas, Michael Thomas, Kristi Woods ) **ON PROPOSED SETTLEMENT**
Edwards, and Clyde Edwards, ) **AGREEMENT**
)
Defendants. )
)

This matter is before the Court on the joint motion of the parties to stay all deadlines and proceedings in this matter for forty-five (45) days. For good cause shown, the motion is GRANTED;

If the parties are unable to resolve the case within the period of the stay, proceedings shall commence on February 13, 2019, and the parties shall have until March 4, 2019 to complete discovery and until April 1, 2019 to file dispositive motions.

SO ORDERED. This the _15_ day of January, 2019.

JAMES C. DEVER III
United States District Court