IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:18-CV-24-D

| | |
|---|---|
| Wells Fargo Bank, National Association,<br><br>Plaintiff,<br><br>v.<br><br>Building Blocks Pediatrics, PLLC, Dori J. Thomas, Michael Thomas, Kristi Woods Edwards, and Clyde Edwards,<br><br>Defendants. | ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND PROCEEDINGS AN ADDITIONAL 45 DAYS PENDING DETERMINATION ON PROPOSED SETTLEMENT AGREEMENT |

This matter is before the Court on the joint motion of the parties to stay all deadlines and proceedings in this matter for forty-five (45) days. For good cause shown, the motion is GRANTED;

If the parties are unable to resolve the case within the period of the stay, proceedings shall commence on April 1, 2019, and the parties shall have until April 20, 2019 to complete discovery and until May 15, 2019 to file dispositive motions.

This the 13 day of February, 2019.

_____
United States District Court