# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
Civil Action No. 5:18-CV-24-D

Wells Fargo Bank, National Association,                )
                                                       )
                          Plaintiff,                   )       **ORDER GRANTING JOINT MOTION**
                                                       )       **TO STAY ALL DEADLINES AND**
            v.                                         )       **PROCEEDINGS AN ADDITIONAL 45**
                                                       )       **DAYS PENDING DETERMINATION**
Building Blocks Pediatrics, PLLC, Dori J.              )       **ON PROPOSED SETTLEMENT**
Thomas, Michael Thomas, Kristi Woods                  )       **AGREEMENT**
Edwards, and Clyde Edwards,                            )
                                                       )
                          Defendants.                  )
                                                       )
_____                  )

This matter is before the Court on the joint motion of the parties to stay all deadlines and

proceedings in this matter for forty-five (45) days. For good cause shown, the motion is

GRANTED;

If the parties are unable to resolve the case within the period of the stay, proceedings

shall commence on May 15, 2019, and the parties shall have until June 1, 2019 to complete

discovery and until June 15, 2019 to file dispositive motions.


SO ORDERED. This the __15__ day of April, 2019.


                                        _____
                                        JAMES C. DEVER III
                                        United States District Court