# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
Civil Action No. 5:18-CV-24-D

| | |
|---|---|
| Wells Fargo Bank, National Association,<br><br>    Plaintiff,<br><br>v.<br><br>Building Blocks Pediatrics, PLLC, Dori J. Thomas, Michael Thomas, Kristi Woods Edwards, and Clyde Edwards,<br><br>    Defendants. | **ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND PROCEEDINGS AN ADDITIONAL 45 DAYS PENDING DETERMINATION ON PROPOSED SETTLEMENT AGREEMENT** |

This matter is before the Court on the joint motion of the parties to stay all deadlines and proceedings in this matter for forty-five (45) days. For good cause shown, the motion is **GRANTED**;

If the parties are unable to resolve the case within the period of the stay, proceedings shall commence on July 1, 2019, and the parties shall have until July 16, 2019 to complete discovery and until July 31, 2019 to file dispositive motions.

SO ORDERED. This the 30 day of May, 2019.

                                                      JAMES C. DEVER III
                                                      United States District Judge