UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT

WELLS FARGO BANK, NATIONAL )
ASSOCIATION, )
 )
 Plaintiff, )
 )     **JUDGMENT IN A**
 )     **CIVIL CASE**
v. )     **CASE NO. 5:18-CV-24-D**
 )
BUILDING BLOCKS PEDIATRICS, PLLC, )
DORI J. THOMAS, MICHAEL THOMAS, )
KRISTI WOODS EDWARDS, and CLYDE )
EDWARDS, )
 )
 Defendants. )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on April 6, 2018 Clyde Edwards voluntarily dismissed his counterclaim against plaintiff.

IT IS FURTHER ORDERED, AND DECREED that on April 17, 2018 Michael Thomas voluntarily dismissed his counterclaim against plaintiff.

IT IS FURTHER ORDERED, AND DECREED that on July 12, 2018 the parties Stipulated to the Dismissal of defendants Kristi Woods Edwards and Clyde Edwards.

IT IS FURTHER ORDERED, AND DECREED that on July 19, 2018 the court entered a consent judgment in favor of Wells Fargo Bank, National Association against Building Blocks Pediatrics, PLLC.

IT IS FURTHER ORDERED, AND DECREED that the court GRANTS Wells Fargo's motion for summary judgment against Michael Thomas [D.E. 62]. The court also ENTERS judgment against Dori Thomas. Michael Thomas and Dori Thomas owe Wells Fargo $782,836.88, interest, attorneys' fees, and costs in accordance with the note and guaranties. Wells Fargo may submit a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

<u>**This Judgment Filed and Entered on May 26, 2020, and Copies To:**</u>

Catherine G. Clodfelter (via CM/ECF electronic notification)

Scott Elliot Bayzle (via CM/ECF electronic notification)

Jason L. Hendren (via CM/ECF electronic notification)

Rebecca F. Redwine (via CM/ECF electronic notification)

William P. Janvier                    (via CM/ECF electronic notification)
Matthew W. Buckmiller                 (via CM/ECF electronic notification)
Travis Philip Sasser                  (via CM/ECF electronic notification)


DATE:                                 PETER A. MOORE, JR., CLERK

May 26, 2020                          (By) /s/ Nicole Sellers

                                            Deputy Clerk