IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:18-CV-24-D

| | |
|---|---|
| Wells Fargo Bank, National Association, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Building Blocks Pediatrics, PLLC, Dori J. ) <br> Thomas, Michael Thomas, Kristi Woods ) <br> Edwards, and Clyde Edwards, ) <br> ) <br> Defendants. ) <br> ) <br> ) | **ORDER** |

This matter is before the Court on the Motion for Attorneys' Fees and Costs filed by Wells Fargo Bank, National Association ("Wells Fargo"), by and through its attorneys, pursuant to the Court's Order on entering judgment against Dori J. Thomas and Michael Thomas on May 26, 2020 (DE-69). For good cause shown, the motion is GRANTED and Plaintiff's attorneys' fees in the amount of $117,425.53 and costs in the amount of $1,774.82 are hereby taxed against Defendants Dori J. Thomas and Michael Thomas.

SO ORDERED. This the 10 day of July, 2020.

JAMES C. DEVER III
United States District Judge